**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1718**

---

SARADINDU MAHAPATRA; ALOK KUMAR,

Plaintiffs - Appellants,

versus

R. BRADBURN, Baltimore County Police; G.
DARRELL RUSSELL, Baltimore County District
Court Judge,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-96-
1168-L)

---

Submitted: November 7, 1996       Decided: November 18, 1996

---

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Saradindu Mahapatra, Alok Kumar, Appellants Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order denying relief on their claims, which were brought under 42 U.S.C. § 1983 (1994) and the Geneva Convention on Human Rights. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly we affirm on the reasoning of the district court and deny Appellants' motion for a jury trial. Mahapatra v. Bradburn, No. CA-96-1168-L (D. Md. May 1, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2